# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00496-CV

**Caroline Miller, Catherine Austin, Dewey T. Bell, Kimberly Bell, Mike Bellows, Rhonda Bellows, Curtis Dwayne Breaux, Lisa Gayle Breaux, Thomas J. Canton, Vera Canton, Warren J. Cark, Patricia K. Clark, Barbara Garry, Donna A. Green, et al., Appellants**

**v.**

**Jose Pastrana, Don Rao, Ron Walker, Jeff Branick, Patrick Swain, and Carl Griffith, Appellees**

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-11-001032, HONORABLE TIM SULAK, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellants filed a notice of appeal on June 3, 2011, and a corrected notice of appeal on June 7, 2011. They have attempted to appeal from a final summary judgment signed on April 6, 2011. Appellees have filed a motion to dismiss this appeal for want of jurisdiction, contending that appellants failed to comply with the filing deadlines provided in rule 26.1. *See* Tex. R. App. P. 26.1 (notice of appeal must be filed within 30 days after judgment signed unless exception applies). They certify that appellants do not oppose the motion to dismiss. Accordingly, we grant appellees' motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   September 8, 2011